
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -8 PM 1:10

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ALAIN DELON COOK )
    Plaintiff, )
)
v. ) Case No. CV409-031
)
F. DOYLE TODD, )
OWNER EXXON 204 & GATEWAY; )
RODNEY WILLIAMS, )
MANAGER, EXXON 204 )
& GATEWAY; OFFICER DOLLAR, )
*et al.*, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 8th day of May, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA